# Notice Recipients

District/Off: 0971–4    User: ljerge    Date Created: 7/31/2019
Case: 19–41624    Form ID: 309F    Total: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | 818 GREEN STREET LLC | 4848 MacArthur Blvd. | Oakland, CA 94619 |
| ust | Office of the U.S. Trustee/Oak | Office of the United States Trustee | Phillip J. Burton Federal Building    450 Golden Gate Ave. 5th Fl., #05–0153    San Francisco, CA 94102 |
| aty | Jason Blumberg | Office of the U.S. Trustee    501 I St. #7–500 | Sacramento, CA 95814 |
| aty | Mark W. Lapham | Law Offices of Mark W. Lapham    751 Diablo Rd. | Danville, CA 94526 |
| smg | Labor Commissioner | 1515 Clay St.    Room 801 | Oakland, CA 94612 |
| smg | State Board of Equalization | Collection Dept.    P.O. Box 942879 | Sacramento, CA 94279 |
| smg | IRS    P.O. Box 7346    Philadelphia, PA 19101–7346 | | |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E    P.O. Box 826880 | Sacramento, CA 94280–0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit    P.O. Box 2952 | Sacramento, CA 95812–2952 |
| 15013125 | Bank of America    PO Box 660807    Dallas, TX 75266–0807 | | |
| 15013126 | Charles Li    c/o Thai Duy    One Embarcadero Center, Ste 1020    San Francisco, CA 94111 | | |
| 15013127 | Charles Li    c/o Thai Duy    One Embarcadero Center, Ste 1020    San Francisco, CA 94111 | | |
| 15019591 | FRANCHISE TAX BOARD    BANKRUPTCY SECTION MS A340    PO BOX 2952    SACRAMENTO CA 95812–2952 | | |

TOTAL: 13