Duy Thai, SBN 157345
One Embarcadero, Suite 1020
San Francisco, California 94111
Tel: 415 296-9927
Fax: 415 230-5779

Attorney for Creditor
Charles Li

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| IN RE 818 GREEN STREET LLC,<br><br>Debtor. | Case No.: 19-41624-CN<br><br>Chapter 11<br><br>DECLARATION OF DUY THAI RE FEES AND EXPENSES FOR MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Judge: Honorable Charles Novack<br>Courtroom: 215 |

1. I am the lead attorney for creditor Charles Li in this above-entitled action. I make this declaration upon personal knowledge or, where so indicated, upon information and belief.

2. I spent 24.6 hours in connection with the Motion for Relief from Automatic Stay filed August 7, 2019. At my current hourly rate of $550.00, the total amount incurred for my time and effort is $13,530.00. The time was spent conducting legal research, reviewing and summarizing case files of multiple litigations between Charles Li and Demas Yan and his family, reviewing the past bankruptcies of debtor 818 Green Street LLC, reviewing other bankruptcy litigations involving Demas Yan and his family, writing the motion, and attending the hearing.

1

DECLARATION OF DUY THAI IN SUPPORT OF ORDER TO SHOW CAUSE REGARDING SANCTIONS AGAINST MARK LAPHAM – *In Re 818 Green Street LLC*, No. 19-41624-CN

3.  My associate spent 23.0 hours researching and preparing the Motion for Relief from Stay filed August 7, 2019. At the current hourly rate of $375.00, the total amount incurred for my associate's time is $8,625.00. The time was spent writing and proofreading the papers, conducting research into law and court rules, reviewing voluminous files to locate supporting evidence, and assembling exhibits for submission.

4.  In addition, movant Charles Li incurred a first-appearance fee of $181.00 in filing the Motion for Relief from Stay.

5.  Both my associate and I worked diligently and efficiently in preparing the Motion for Relief from Stay, spending no more time and resources than were reasonably necessary given the complexity of the law and facts involved. I am aware of prevailing billing rates for small firms in the San Francisco area. In *Li v. Chiu*, CGC-14-537574, the San Francisco Superior Court awarded fees to Charles Li based on the rates above. Based on the foregoing I believe both the hours worked and billing rate are reasonable. Thus the appropriate amount of sanctions for filing the above-named debtor's bankruptcy case not in good faith is $22,336.00.

6.  Creditor Charles Li reserves the right to recover all additional appropriate, non-duplicative attorneys' fees and costs in other pending state court litigations, as provided by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco on August 27, 2019.

                                              /duy thai/
                                              Duy Thai

2

DECLARATION OF DUY THAI RE FEES AND EXPENSES FOR MOTION FOR RELIEF FROM AUTOMATIC STAY – *In Re 818 Green Street LLC*, No. 19-41624-CN

Case: 19-41624    Doc# 22    Filed: 08/27/19    Entered: 08/27/19 14:20:12    Page 2 of 3

# CERTIFICATE OF SERVICE

I declare that I am employed in the City and County of San Francisco, California. My address is One Embarcadero Center, Suite 1020, San Francisco, California 94111. I am over the age of eighteen years and am not a party to the within-entitled cause of action or proceeding.

Today, I served the attached documents:

DECLARATION OF DUY THAI RE FEES AND EXPENSES FOR MOTION FOR RELIEF FROM AUTOMATIC STAY

by causing a true and correct copy of the above to be placed in the United States Postal Service by first class mail, at San Francisco, California, in a sealed envelope with sufficient postage prepaid, addressed as follows:

| | |
|---|---|
| Tina Yan (interested party) | Thai Ming Chiu (interested party) |
| 1433 7th Avenue | 768 38th Avenue |
| San Francisco, CA 94122 | San Francisco, CA 94121 |

and by electronic means to persons confirmed to be registered participants in the Electronic Filing System and that such persons are, in fact, receiving the Court's Notice of Electronic Filing in this subject case. I caused an electronic copy of the above to be electronically filed and serve to:

| | |
|---|---|
| Mark W. Lapham | Jason Blumberg |
| marklapham@sbcglobal.net | jason.blumberg@usdoj.gov |
| lesliepatrice@gmail.com | tina.l.spyksma@ust.doj.gov |

Office of the U.S. Trustee
USTPRegion17.OA.ECF@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed in San Francisco, California on August 27, 2019.

                                                          /s/ Patrick Grochmal
                                                          Patrick Grochmal

3
DECLARATION OF DUY THAI RE FEES AND EXPENSES FOR MOTION FOR RELIEF FROM AUTOMATIC STAY – *In Re 818 Green Street LLC*, No. 19-41624-CN

Case: 19-41624    Doc# 22    Filed: 08/27/19    Entered: 08/27/19 14:20:12    Page 3 of 3