

1  Duy Thai, SBN 157345
   One Embarcadero Center, Suite 1020
2  San Francisco, California 94111
   Tel: 415 296-9927
3  Fax: 415 230-5779

4  Attorney for Movant
5  Charles Li

**The following constitutes the order of the Court.**
**Signed: August 28, 2019**

*Charles Novack*
_____
**Charles Novack**
**U.S. Bankruptcy Judge**

6

7

8

9

10

11

12

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

13  IN RE 818 GREEN STREET LLC,          Case No.: 19-41624-CN

14                          Debtor.       Chapter 11

15                                         R.S. No.: DQT-001

16                                         ORDER GRANTING PROSPECTIVE
                                           IN REM RELIEF FROM AUTOMATIC
17                                         STAY
                                           Pursuant to 11 U.S.C. § 362(d)(4)
18                                         _____

19                                         Date: August 23, 2019
20                                         Time: 10:00 A.M.
                                           Judge: Honorable Charles Novack
21                                         Courtroom: 215

22

23

24          This matter came for hearing on August 23, 2019 at 10:00 A.M., in

25  Courtroom 21, of the above-captioned Court, upon the Motion of Charles Li ("Movant") for

26  relief from the automatic stay of 11 U.S.C. § 362, to enforce Movant's secured interest in the

27  properties of 818 Green Street LLC ("Debtor").

28

Duy Thai appeared on behalf of Movant. Notice having been given, there was no appearance by Debtor or any other parties. Having read the motion, memoranda, declaration, having heard argument of counsel, and good cause appearing therefor,

IT IS HEREBY FOUND AND ORDERED:

1.     This Order applies to the two properties described as follows (the "Properties"):

**1433-35 7th Avenue, San Francisco, California 94122**

<u>APN</u>: 1846 009

<u>Legal Description</u>:

BEGINNING AT A POINT ON THE WESTERLY LINE OF SEVENTH AVENUE, DISTANT THEREON 200 FEET SOUTHERLY FROM THE SOUTHERLY CORNER OF SEVENTH AND JUDAH STREET; AND RUNNING THENCE SOUTHERLY ALONG SAID LINE OF SEVENTH AVENUE 25 FEET; THENCE AT A RIGHT ANGLE WESTERLY 120 FEET; THENCE AT A RIGHT ANGLE NORTHERLY 25 FEET; AND THENCE AT A RIGHT ANGLE EASTERLY 120 FEET TO THE POINT OF THE BEGINNING.

BEING PART OF OUTSIDE LAND BLOCK NO. 762.

**768 38th Avenue, San Francisco, California 94121**

<u>APN</u>: 1607 017

<u>Legal Description</u>:

SITUATED IN THE COUNTY OF SAN FRANCISCO, STATE OF CALIFORNIA: BEGINNING AT A POINT ON THE EASTERLY LINE OF THIRTY-EIGHTH AVENUE, DISTANT THEREON 50 FEET NORTHERLY FROM THE NORTHERLY LINE OF CABRILLO STREET, RUNNING THENCE NORTHERLY ALONG SAID LINE OF THIRTY-EIGHTH AVENUE 25 FEET; THENCE AT A RIGHT ANGLE EASTERLY 120 FEET; THENCE AT A RIGHT ANGLE SOUTHERLY 25 FEET; THENCE AT A RIGHT ANGLE WESTERLY 120 FEET TO THE POINT OF BEGINNING.

BEING PORTION OF OUTSIDELAND BLOCK NO 344.

Case: 19-41624   Doc# 22   Filed: 08/28/19   Entered: 08/28/19 15:49:05   Page 2 of 4

ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY
Pursuant to 11 U.S.C. § 362(d)(4) – *In Re 818 Green Street LLC*, No. 19-41624-CN

1

2          2.    Debtor's filing of the present bankruptcy petition was part of a

3    scheme.

4          3.    The object of the scheme was to delay, hinder, or defraud creditors.

5          4.    The scheme involved a transfer of an interest in the Properties without

6    Court approval or the consent of Movant as a creditor with a secured interest in the

7    Properties.

8

9          5.    This case was dismissed on August 5, 2019.  Therefore, relief from the

10   automatic stay in the present case under 11 U.S.C. § 362(d)(1) is denied as MOOT.

11         6.    Based on the foregoing findings, prospective *in rem* relief from the

12   automatic stay pursuant to 11 U.S.C. § 362(d)(4) is GRANTED.  If recorded in compliance

13   with applicable state laws governing notices of interests or liens in real property, this Order

14   shall be binding in any other case under this title that is filed not later than two (2) years after

15   the date of the entry of this order by this Court and purports to affect the Properties, except

16   that a debtor under a subsequent case under this title may move for relief from this Order

17   based upon changed circumstances or good cause shown, after notice and hearing.

18

19                              END OF ORDER.

20

21

22

23

24

25

26

27

28

Case: 19-41624    Doc# 33    Filed: 08/28/19    Entered: 08/28/19 15:49:05    Page 3 of 4
ORDER GRANTING PROSPECTIVE IN REM RELIEF FROM AUTOMATIC STAY
Pursuant to 11 U.S.C. § 362(d)(4) – *In Re 818 Green Street LLC*, No. 19-41624-CN

# COURT SERVICE LIST

1

2

3  Thai Ming Chiu (interested party)
   768 38th Avenue
4  San Francisco, CA 94121

5  Tina Yan (interested party)
   1433 7th Avenue
6  San Francisco, CA 94122

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COURT SERVICE LIST